AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-6136-MJ-HUNT |
| PAUL NICHOLAS MILLER, | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2, 2021__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Possession of ammunition by a convicted felon |
| 26 U.S.C. §§ 5841, 5861(d), 5871 | Possession of an unregistered short-barreled rifle |

FILED BY ___AT___ D.C.

Mar 9, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☐ Continued on the attached sheet.

_____
Complainant's signature

SA Colin Gregory, Federal Bureau of Investigation
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Telephone__

Date: 3/9/2021

_____
Judge's signature

City and state: __Fort Lauderdale, Florida__    Hon. Patrick M. Hunt, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Colin Gregory, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2016. My duties include the investigation of violations of Title 18 of the United States Code. Currently, I am assigned to the FBI Miami Division Joint Terrorism Task Force ("JTTF") and have been since approximately March 2018. My duties as part of the FBI JTTF include the investigation of domestic terrorism, threats to life, and other violations of federal law.

2. I make this Affidavit in support of an application for a criminal complaint charging PAUL NICHOLAS MILLER ("MILLER"), on or about March 2, 2021, in the Southern District of Florida, with possession of an unregistered short-barreled rifle in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871, and possession of ammunition by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (the "Target Offenses").

3. MILLER is currently under indictment for possession of a firearm by a convicted felon for events occurring on or about January 17, 2018. *United States v. Miller*, Case No. 21-60067-CR-Singhal (S.D. Fla.) (the "Indicted Case"). In conjunction with the arrest warrant issued in the Indicted Case, on or about March 2, 2021, law enforcement executed a federal search warrant at MILLER's residence in Fort Lauderdale, Florida. Inside, law enforcement discovered firearm parts that could be assembled into an unregistered short-barreled rifle and hundreds of rounds of ammunition in various calibers. MILLER was the only person who lived in this residence and the only person home at the time law enforcement executed the search warrant. MILLER also made post-*Miranda* statements confirming his knowing possession of a rifle and ammunition and confirming his awareness of his prior felony convictions.

4. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for a criminal complaint and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

### *MILLER is a Convicted Felon with Knowledge of His Felon Status*

5. In or around January 2018, MILLER applied to Florida authorities for a concealed weapon license. Florida authorities denied this application based on MILLER's prior felony convictions and sent MILLER a notice that these convictions were the reason for the denial.

6. Certified documents from the Middlesex County Superior Court in New Brunswick, New Jersey showed that in 2007, MILLER pled guilty to possession with intent to distribute a controlled dangerous substance and to aggravated assault, both felonies under New Jersey law. These documents also stated that both counts of conviction were punishable by over a year in prison.

7. Further, a certified transcript of a change of plea hearing held June 29, 2007 in connection with these charges showed that MILLER knew that both crimes were punishable by over a year in prison. Specifically, the transcript showed that the court advised, and MILLER acknowledged and understood, that the maximum penalty for the crimes to which he later pled guilty totaled over six years' imprisonment. Additionally, a probation document signed by MILLER on October 19, 2007 in connection with these convictions indicated that he was not permitted to possess firearms and had to turn all firearms in his possession over to law enforcement.

### *Search of MILLER's Residence on or about March 2, 2021*

8. In conjunction with MILLER's arrest in the Indicted Case on or about March 2, 2021, law enforcement executed a federal search warrant at MILLER's residence in Fort Lauderdale, Florida. MILLER was the only person home when authorities arrived and, according to his landlord, was the only tenant living at the residence on that date. During the search, authorities seized hundreds of rounds of live ammunition in a variety of calibers, including 9 millimeter and .223 caliber. Authorities also discovered several magazines, including some empty magazines and some packed with ammunition.

9. I know from my training and experience and from consulting with other law enforcement officials that there are no models of ammunition manufactured within Florida, meaning that the ammunition found in MILLER's residence traveled in interstate commerce before coming into his possession.

10. Inside a dryer in MILLER's residence, authorities also discovered a lower receiver for a rifle, attached to a collapsible rifle stock, and disassembled from an upper receiver featuring a 10.5-inch barrel. None of these parts bore any manufacturer markings or serial numbers.

11. After consulting with a law enforcement official from the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") with over 20 years' experience, who viewed the items discovered in the dryer in person during execution of the search warrant, I understand that when assembled together, the parts constitute a "firearm" as defined under the National Firearms Act, 26 U.S.C. § 5845(a)(3), specifically a "rifle having a barrel . . . of less than 16 inches in length[.]"

12. A search of the National Firearms Registration and Transfer Record ("NFRTR") conducted on or about March 9, 2021, for any records of firearms registered to MILLER, yielded negative results.

### *MILLER's Post-Miranda Statements*

13. I interviewed MILLER upon his arrest, after he waived his *Miranda* rights in writing. The statement was recorded by both audio and video.

14. During his statement, MILLER alleged that he and his family had received recent threats from "Antifa" and "Black Lives Matter" and that he had therefore tried to build a rifle by purchasing an upper receiver, lower receiver, and trigger from a gun show and watching tutorials on YouTube to try to put the rifle together. Although he claimed the rifle did not work and repeatedly jammed, MILLER acknowledged that he had fired the rifle one time at a range several months ago. He also defended his possession by stating that he did not know he was doing anything illegal, and said "I'm scared, I'm living alone, I don't have anybody with me. Somebody's going to, these people are trying to kill me." He also said that he had attempted to build a gun rather than purchase a gun because he believed America was on the brink of collapse and that firearms manufacturing would be a "good skill to learn" as a result.

15. MILLER also acknowledged during his statement that he had bought ammunition at gun shows on unspecified dates. MILLER claimed that he had bought 400 rounds of what he thought was .223 caliber ammunition for about $500.

16. MILLER also made statements relating to his prior felony convictions. Specifically, MILLER described the facts underlying his New Jersey aggravated assault conviction, in which he fired a pellet gun out of a window and hit people, which MILLER claimed he did not realize he was doing. MILLER also said there was "some drug stuff" but that it had "all been expunged." When asked what steps he had taken to initiate or verify expungement of his prior drug convictions, MILLER said he had not taken any steps to do either.

## CONCLUSION

17. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about March 2, 2021, in the Southern District of Florida, PAUL NICHOLAS MILLER committed the Target Offenses.

Respectfully submitted,

Special Agent Colin Gregory
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Telephone, on this 9th day of March, 2021,
at Fort Lauderdale, Florida.

HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE